UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-CV-14200-MARTINEZ/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

vs.

MONTE CARLO HOTEL, LLC,,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon parties' Stipulation of Dismissal with Prejudice [ECF No. 16]. It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED** with prejudice.

2. All pending motions in this case **are DENIED AS MOOT,** and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of July, 2018.

                                                                                               JOSE E. MARTINEZ
                                                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record